# EXHIBIT A

# REPORT OF INVESTIGATION

| Title | File Number | Date |
|---|---|---|
| 1&2 FAIL TO YIELD/BAIL OUT | Event No:CAO1811000049 | 11/15/2017 |
| | ▮ | Report Number |

| Special Agent: (Name) (Signature) | Office |
|---|---|
| ROBERT DOMINGUEZ | |

| Approved by: (Name and Title) (Signature) | Office |
|---|---|
| JORGE DIAZ SUPERVISORY BORDER PATROL AGENT | |

## SYNOPSIS
## ALIEN SMUGGLING CASE

**PRINCIPAL**  ORGANIZATION Unknown

NAME JORGE GARCIA-OSORNIO    A#    D/POB 01/20/1990 LOS MOCHIS, MICHOACAN MEXICO

ALIAS    RACE W  SEX M  HT 68  WT 160  EYES BRO  HAIR BLK

ADDRESS (US) IN DHS CUSTODY

IMM STAT Inadmissible Alien    SS#    FIN 1101770308

**SMUGGLED**

NAME JOSE FERNANDO MEDINA-CRUZ    A#    D/POB 09/02/1990 QUIROGA, MICHOACAN MEXICO

ALIAS    RACE W  SEX M  HT 65  WT 145  EYES BRO  HAIR BLK

ADDRESS (US) IN DHS CUSTODY

IMM STAT Inadmissible Alien    SS#    FIN 1238239624

☒ Continued on attached continuation page

## ALIENS

NUMBER IN LOAD    2    NATIONALITY 2 MEXICO    INTENDED DEST UNKNOWN

CHARGE PER ALIEN  Avg. $6,000.00    DATE/PLACE OF ENTRY 11/14/2017    CAMPO, CALIFORNIA

PLACE OF ARREST I-8 WESTBOUND LANES AND PINE VALLEY EXIT

DATE OF ARREST    ARRESTING OFFICER ROBERT DOMINGUEZ

VEHICLE(S) USED 2009 INFINITI G37 WHI VIN: JNKCV61EX9M301567    LIC# CA/7HJC462

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES 1  DEPORTABLE/INADMISSABLE 1  NON-DEPORTABLE 0

TOTAL NUMBER OF CONVEYANCES SEIZED 1  ESTIMATED TOTAL VALUE $5,750.00

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

000010

| Alien's Name | File Number<br>A███████████<br>Event No:CAO1811000049 | Date<br>11/15/2017 |
|---|---|---|

**SMUGGLED**
NAME JOSE ARMANDO RAMOS-SANTANA  A███████████  D/POB 11/07/1977 SANTA FE DE LAGUNA, MICHOACAN MEXICO
ALIAS _____  RACE _W_ SEX _M_ HT _68_ WT _190_ EYES _BRO_ HAIR _BLK_
ADDRESS (US) IN DHS CUSTODY _____  FOREIGN See I-831

IMM STAT Inadmissible Alien      SS# _____  FIN 3368815

INCIDENT COORDINATES:
--------------------
Latitude:   32.81954
Longitude: -116.53281


FOREIGN ADDRESS:

████████████████████████████████████

QUIROGA, MICHOACAN


MEXICO


ARRESTING AGENTS:
------------------
TIMOTHY HAMILL


ASSISTING ASSETS:
------------------
None


Narrative Title: Report of Investigation
----------------------------------------
On November 14, 2017, Border Patrol Agents (BPA) Robert Dominguez, Victor Estrada, Jesus
Pina, Michael Medina were performing assigned duties at the Interstate 8 Westbound
Checkpoint located near Pine Valley, California.  All warning signs, traffic cones, and
lights were in place and fully operational.  The Interstate 8 Westbound Checkpoint is

| Signature<br>*[signature]* ROBERT DOMINGUEZ | Title |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name | File Number<br>A<br>Event No:CAO1811000049 | Date<br>11/15/2017 |
|---|---|---|

located near Pine Valley, California and is approximately 20 miles north and 8 miles east of the Tecate Port of Entry.

At approximately 10:26 a.m., BPA Estrada observed a white sedan, later identified as a white Infinity G37, turn into the guard rail, reverse away from the guard rail enough to turn around and proceeded to traveled eastbound on the westbound lanes of the interstate. BPA Medina and BPA Pina, who were standing in the primary inspection area of the checkpoint yelled "turn-around, turn around!" A turn-around is when a vehicle turns around and travels in the opposite direction.

BPA Dominguez was walking towards the pre-primary inspection and heard two agents yell. BPA Dominguez immediately ran and jumped into a marked U.S. Border Patrol sedan, activated the vehicle emergency lights and siren, and traveled eastbound on the interstate in the same direction as the Infinity. About 200 yards east of the first cone of the checkpoint's cone pattern, BPA Dominguez observed the white Infinity turn around and proceed to drive west on the interstate back towards the checkpoint. BPA Dominguez stopped and parked on the interstate blocking both lanes of westbound traffic in an attempt to stop and speak with the driver of the Infinity. The Infinity drove past BPA Dominguez's location. BPA Dominguez followed the vehicle toward the cone pattern of the checkpoint. The Infinity entered the cone pattern then cut in between two traffic cones and proceeded to drive in the #2 lane toward the primary inspection area by-passing all slower and stopped vehicle's that were waiting for an immigration inspection. BPA Dominguez broadcasted, using the Service radio, the vehicle broke the cone pattern and was traveling towards the primary inspection via the coned-off lane.

At approximately 10:28 a.m., the Infinity squeezed between a diagonally parked marked US Border Patrol sedan (parked in the inactive lane) and a vehicle awaiting to proceed forward for inspection at about 30 MPH. A portable steel frame measuring about 4 feet tall by 2 feet wide, used to support a stop sign, was hit and launched debris toward BPA Medina. BPA Medina took whom was attempting to spike the Infinity, was hit by flying debris from the metal stop sign. BPA Medina successfully spiked the Infinity's driver's side rear tire as it squeezed through.

BPA Medina began to complain of head pain and vomiting. He was immediately transported to UCSD Medical Hospital via ambulance. Here at the time of writing continues to be evaluated.

BPA Dominguez continued to follow the sedan safely to initiate a vehicle stop. BPA Dominguez traveled westbound and observed as the Infinity exited the interstate at Pine Valley Rd. As the vehicle exited, it failed to stop at the intersection of Pine Valley Rd and the exit lane, and drove over the asphalt curb and into the berm. BPA Dominguez observed as the driver, later identified as Jorge GARCIA -Osornio, struggle to open the driver's side door and proceed to crawl over the front passenger seat and exit the Infinity via the passenger side front door. Upon exiting, GARCIA ran up the hillside. BPA Dominguez observed GARCIA wearing a black soft shell jacket, a dark ball cap, dark trousers, a bright blue or green undershirt, and tennis shoes.

At approximately 10:32 a.m., BPA Dominguez encountered two males inside the white Infinity.

| Signature    ROBERT DOMINGUEZ | Title |
|---|---|

000012

| Alien's Name | File Number<br>A <br>Event No:CAO1811000049 | Date<br>11/15/2017 |
|---|---|---|

BPA Dominguez asked each of them if they were injured in any way as the air bags in the vehicle had successfully deployed. They both stated they were not injured. BPA Dominguez asked the first male, later identified as Jose Fernando MEDINA-Cruz, what country he was a citizen of. MEDINA stated Mexico. BPA Dominguez asked MEDINA if he possessed any valid United States immigration documents to be present in the United States legally. MEDINA stated no. BPA Dominguez asked the second passenger, later identified as Jose Armando RAMOS-Santana, if he possessed any valid United States immigration documents to be present in the United States legally. RAMOS stated no.

At approximately 10:40 a.m., BPA Dominguez arrested RAMOS and MEDINA for being present in the United States illegally. Both were searched for weapons and transported to the Campo Station for processing.

Supervisory Border Patrol Agent (SBPA) Timothy Hamill, was performing his assigned duties in the Campo Border Patrol station area of responsibility. SBPA Hamill was dressed in full U.S. Border Patrol Uniform with all insignia and patches and driving a marked Border Patrol vehicle near the Campo Border Patrol Station in Pine Valley, CA.

At approximately 10:30 a.m., SBPA Hamill responded to the area via Interstate 8 and began driving southbound on Pine Valley Rd in order to search for the feeling driver of the Infinity. SBPA Hamill responded the brush near a white house with blue trim which is located at 7438 Pine Valley Rd. Pine Valley, CA 91962. SBPA Hamill drove up the driveway, parked, exited the Service vehicle, and began to follow fresh footprints for a single subject in the brush. The style of footprints they were following are commonly known to Border Patrol Agents as a "Chuck Taylor".

SBPA Hamill along with Border Patrol Agent (I) Lawrence Owens followed the "Chuck Taylor" footprints north past a septic tank next to the white house with blue trim, then to the east around the north side of the house. When they reached the northeast corner of the white house with blue trim, SBPA Hamill noticed a subject wearing a blue shirt with a black hat laying on his back in the carport located at 7438 Pine Valley Rd. on east side of the house. SBPA Hamill approached the subject and placed him in handcuffs being he predominantly fit the description of the fleeing subject and was in the same general area. SBPA Hamill identified himself as a Border Patrol Agent and asked the subject, later identified as Jorge GARCIA-Osornio as to his citizenship and nationality. GARCIA, admitted to being a citizen and national of Mexico not in possession of the proper immigration documents allowing him to enter, remain, or be in the United States legally. At 10:54 a.m., BPA Hamill placed GARCIA under arrest and began a search of GARCIA incident to his arrest. In GARCIA's right front pocket there was a key fob for a vehicle. SBPA Hamill informed BPA Dominguez via Service radio that SBPA Hamill had located a key fob in GARCIA's pocket. BPA Dominguez asked SBPA Hamill via Service radio if the key fob was for an Infiniti make of a vehicle. SBPA Hamill looked at the key fob and noticed an Infiniti logo on it. SBPA Hamill placed the key fob back in GARCIA's pocket and transported him to the Campo Border Patrol Station for further processing.

At the station, as a routine step in processing, all four subject's including GARCIA LOPEZ and GUEVARA's biographic and biometric information were entered into DHS processing systems. These systems along with record checks revealed their immigration history and

| Signature    ROBERT DOMINGUEZ | Title |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

000013

| Alien's Name | File Number ▮▮▮▮ | Date |
|---|---|---|
| | Event No:CAO1811000049 | 11/15/2017 |

criminal histories. The following numbers are associated with the subjects.

Principal #1- Jorge GARCIA-Osornio

A ▮▮▮▮▮▮    (new issue)
FIN 1101770308
FBI HOT4FPPAM   (new issue)

A video recorded statement of GARCIA was taken by Border Patrol Agents Luis Sarabia and Michael Owens.  GARCIA was read his Miranda Rights at approximately 1:00 p.m.  GARCIA was willing to answer questions without the presence of an attorney.  (See G166C Principal Statement).


Smuggled Alien #1- Jose Armando RAMOS-Santana

A ▮▮▮▮▮▮
FIN 3368815
FBI 1CLWNAD5D

A video recorded statement of RAMOS was taken by Border Patrol Agents Lawrence Smith and Daniel Mendoza. (See G166C-RAMOS)


Smuggled Alien #2- Jose Fernando MEDINA-Cruz

A▮▮▮▮▮▮
FIN 1238239624
FBI 6VM19ELN6

A video recorded statement of MEDINA was taken by Border Patrol Agents Tom Brady and Lawrence Smith. (See G166C-MEDINA)


Disposition:

All the facts of the case, GARCIA's criminal and immigration history were reviewed. .  All the facts of the case were presented and it was determined that special prosecution for 8 USC 1324 and 18 USC 758 would be sought.

GARCIA is being held in DHS custody pending determination of the case.

Jose Armando RAMOS-Santana and Jose Fernando MEDINA-Cruz are being held in DHS custody as Material Witnesses.

The vehicle, a white Infinity CA#7HJC467 was seized as per San Diego Sector Asset Forfeiture Guidelines. The vehicle information is as follows:

| Signature  ROBERT DOMINGUEZ | Title |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

000014

| Alien's Name | File Number <br> A█████████ <br> Event No:CAO1811000049 | Date <br> 11/15/2017 |
|---|---|---|

2009 white Infinity, CA 7HJC467, VIN# JNKCV61EX9M301567, R/O Ramirez Cain Rangel, 709
Wisteria St, Bakersfield CA 93308. Negative international crossings in the last 72 hours.

Black Samsung Wireless Phone IMEI# 352001/09/267825/1 as annotated on CBP Form 6051S
#7626044, CBP Evidence Bag #A2524705.

| Signature <br> ROBERT DOMINGUEZ | Title |
|---|---|

000015

U.S. Department of Homeland Security     MEMORANDUM OF INVESTIGATION

| File Number | Title:<br>1&2 FAIL TO YIELD/BAIL OUT | Control Office<br>SDC/CHU |
|---|---|---|

BPA Robert Dominguez
--------------------
On November 14, 2017, I, Border Patrol Agent (BPA) Robert Dominguez, along with my agency issued canine, were performing assigned duties at the Interstate 8 Westbound Checkpoint located near Pine Valley, California. All warning signs, traffic cones, and lights were in place and fully operational. The Interstate 8 Westbound Checkpoint is located near Pine Valley, California and is approximately 20 miles north and 8 miles east of the Tecate Port of Entry.

At approximately 10:26 a.m., I was walking towards the pre-primary inspection and heard two agents yell. BPA Jesus Pina and BPA Michael Medina both yelled "turn around!" Then I heard BPA Pina individually yell "a white sedan just turned around!" I immediately ran and jumped into a marked U.S. Border Patrol sedan, buckled up for safety, activated my emergency lights and siren, and traveled cautiously eastbound on the interstate in the same direction as the reported white sedan. About 200 yards east of the first cone of the checkpoint's cone pattern, I observed the white sedan turn around and proceed to drive west on the interstate toward my direction. I suspected this was the sedan that reportedly turned-around in the inspection lane so I stopped and parked on the interstate blocking both lanes of westbound traffic to stop and speak with the driver of the sedan I observed turn around. I observed the white sedan decrease its speed as it approached me then sped up to go on the left shoulder and drive past my location. I immediately started to follow the vehicle toward the cone pattern of the checkpoint. The white sedan entered the cone pattern then cut in between two traffic cones and proceeded to drive in the #2 lane toward the primary inspection area by-passing all slower and stopped vehicle's that were waiting for an immigration inspection. I broadcasted that the vehicle broke the cone pattern and was traveling towards the primary inspection via the coned-off lane.

At approximately 10:28 a.m., I observed as the white sedan squeezed between a diagonally-parked marked US Border Patrol sedan (parked in the inactive lane) and a vehicle awaiting to proceed forward for inspection at my guess of about 30 MPH. A portable steel frame measuring about 4 feet tall by 2 feet wide, used to support a stop sign, was hit and launched debris toward BPA Medina. I observed BPA Medina take a blow to the head by debris but simultaneously and successfully spike the white sedan's driver's side rear tire as it squeezed through. I continued to safely follow the sedan to initiate a vehicle stop. I continued to follow the sedan safely to initiate a vehicle stop. As the Infinity sped away, I attempted to stay with the vehicle. I reached speeds in excess of 100 mph but was unable to gain or keep up with the Infinity. From a distance I was able to observe as the Infinity exited the interstate at Pine Valley Rd. The Infinity failed to stop at the intersection of Pine Valley Rd and the exit lane and drove over the asphalt curb into the berm. I observed as the driver, later identified as Jorge GARCIA -Osornio, struggle to open the driver's side door because of a large sage bush and proceed to crawl over the front passenger seat and exit the Infinity via the passenger side front door. Upon exiting, GARCIA ran up the hillside. I observed GARCIA wearing a black soft shell jacket, a dark ball cap, dark trousers, a blue or green undershirt, and tennis shoes.

At approximately 10:32 a.m., I encountered two males inside the white Infinity. I asked each of them if they were injured in any way. They both stated they were not injured. I asked the first male, later identified as Jose Fernando MEDINA-Cruz, what country he was a citizen of. MEDINA stated Mexico. I asked MEDINA if he possessed any valid United States immigration documents to be present in the United States legally. MEDINA stated no. I asked the second passenger, later identified as Jose Armando RAMOS-Santana, if he possessed any valid United States immigration documents to be present in the United States legally. RAMOS stated no.

At approximately 10:40 a.m., I arrested RAMOS and MEDINA for being present in the United States illegally. Both were searched for weapons and transported to the Campo Station for processing.

| Investigator<br>BORDER PATROL AGENT     ROBERT DOMINGUEZ | Date<br>November 14, 2017 |
|---|---|